IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PANHANDLE OIL AND GAS, INC.                                         PLAINTIFF

v.                              No. 4:15-cv-30-DPM

BP AMERICA PRODUCTION COMPANY                            DEFENDANT

ORDER

Status Report, № 12, noted and appreciated. The embedded request to continue the May trial date is granted. The Final Scheduling Order is suspended. The May trial is canceled. An Amended Final Scheduling Order with new deadlines will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 December 2015