IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PANHANDLE OIL AND GAS, INC.                                    PLAINTIFF

v.                          No. 4:15-cv-30-DPM

BP AMERICA PRODUCTION COMPANY                        DEFENDANT

ORDER

Joint motion, № 17, granted. The Amended Final Scheduling Order, № 14, is suspended. A new scheduling order with a new trial date will issue.

So Ordered.

*/s/ DPM Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 July 2016